Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAITLIN R. DIETZ,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL J. YOUNGSMA, GARRISON PROPERTY AND CASUALTY INSURANCE and USAA CASUALTY INSURANCE COMPANY,<br><br>Defendants | No.: 2:21-cv-00190-RSM<br><br>ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>NOTED FOR CONSIDERATION: 04/27/2021 |

This matter, having come before the Court on the parties' Stipulated Joint Motion for Voluntarily Dismissal and having considered the foregoing motion, and the Court being full advised,

IT IS HEREBY ORDERED that Plaintiff's claims against all Defendants are dismissed **with** prejudice and without an award of fees or costs to any party.

**ORDER** - 1

DC LAW GROUP

12055 15th Ave NE | Seattle, WA 98125
Tel:206-494-0400 Fax: 855-494-0400

Dated this 27th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| DC Law Group | Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP |
|---|---|
| *s/ Matthew Cunanan* | *s/Timothy Mitchell* |
| Matthew Cunanan, WSBA #42530 | Timothy L. Mitchell, WSBA #57441 |
| Attorney for Plaintiff | Attorneys for Defendants |

**ORDER** - 2